[No. 8661. Department One. June 29, 1910.]

ZACHARY T. EAST *et al., Appellants,* v. R. G. HULBERT *et al., Respondents.*[1]

APPEAL—BOND—NECESSITY. Where no bond on appeal was given the appeal will be dismissed.

Appeal from a judgment of the superior court for Okanogan county, Taylor, J., entered September 13, 1909. Dismissed.

*Alvin W. Barry,* for appellants.

*W. E. Grant, P. D. Smith,* and *E. K. Pendergast,* for respondents.

PER CURIAM.—Respondents move to dismiss the appeal upon the ground, among others, that no appeal bond has been given. An examination of the record as filed in this court discloses no bond. The motion is therefore well taken, and the appeal is dismissed.

[1]Reported in 109 Pac. 607.